IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

KASHIKA SPEED,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:20-00274

MR. C. MARUKA, et al.,

    Defendants.

## JUDGMENT ORDER

Consistent with the Memorandum Opinion and Order filed this day:

1. Plaintiff's motion to proceed without prepayment of fees or costs (ECF No. 1) is **DENIED**;
2. Plaintiff's complaint (ECF No. 2) is **DISMISSED** without prejudice; and
3. The Clerk is directed to remove this case from the court's active docket.

The Clerk is further directed to forward a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

    **IT IS SO ORDERED** this 25th day of March, 2021.

                        ENTER:

                        */s/ David A. Faber*
                        David A. Faber
                        Senior United States District Judge